AO 91 (Rev. 11/11) (NDIA 02/19) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| United States of America | ) |
| v. | ) |
| | ) Case No. |
| | ) CR21-4016 |
| ARMANDO RAMIREZ-LOPEZ | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **August 2020 thru February 2021** in the county of **Woodbury** in the **Northern** District of **Iowa**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. Section 1326(a) | illegal reentry |

This criminal complaint is based on these facts:
see attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Michael A. Gavin, DHS Deportation Officer
Printed name and title

☐ Sworn to before me and signed in my presence.

☑ Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means.

Date: February 11, 2021

_____
Judge's signature

Northern District of Iowa

Mark A. Roberts, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT OF DEPORTATION OFFICER MICHAEL A. GAVIN
# IN SUPPORT OF ARREST WARRANT

I, Michael A. Gavin (affiant), after being duly sworn, depose and state as follows:

## AGENT BACKGROUND

1. I am a duly appointed Deportation Officer (DO) with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE). I have been employed with this agency (DHS), since August 2013 as a Border Patrol Agent (BPA) and then as a Deportation Officer (DO) since July 2020. In December 2013, I graduated from the Border Patrol Basic Academy located at the Federal Law Enforcement Training Center in Artesia, NM, where I was trained on immigration laws, policies, and procedures. In July 2020, I transferred from the U.S. Border Patrol to ICE. I attended the Deportation Officer Transition Program (DOTP) in August 2020. I am responsible for conducting criminal and civil investigations of violations of the Immigration and Nationality Act (INA), which relate to an alien's right to presence and employment in the United States.

2. All of the statements and information contained in this affidavit are based upon my review of investigative reports prepared by law enforcement officers with knowledge of the facts recited, upon my conversations with law enforcement officers having personal knowledge of the pertinent facts, and upon my review of official documents and records maintained by the United States. Based therein, all of the statements and information contained herein are true and correct to the best of my knowledge, information, and belief.

3. The information contained in this affidavit does not include all of the facts I know about this investigation. Rather, it contains only the facts necessary to establish probable cause to believe that Armando RAMIREZ-Lopez (defendant) has violated 8 U.S.C. § 1326(a).

1

# FACTS ESTABLISHING PROBABLE CAUSE

4. On August 29, 2020, the defendant was arrested at the Woodbury County Jail in Sioux City, Iowa for possession of methamphetamine. On December 30, 2020, defendant was arrested on an active warrant for failure to appear on the initial charge of possession of methamphetamine. An investigation conducted by affiant revealed defendant is a citizen of Guatemala and was previously removed from the United States on one (1) occasion.

5. On February 1, 2021, Woodbury County, Iowa jail notified Sioux City ICE ERO that the defendant was ready to be released into ICE ERO custody. On February 2, 2021, the defendant was brought to the Sioux City ICE ERO office, where his fingerprints were scanned and electronically submitted into the Department of Homeland Security's Automated Biometric Identification System (IDENT) and the Federal Bureau of Investigations Integrated Automated Fingerprint Identification System (IAFIS). A positive match of fingerprints identified defendant as Armando RAMIREZ-Lopez. As a result of the positive match of fingerprints, affiant was able to identify and locate a unique DHS alien registration file and an FBI number relating to defendant. Defendant's alien registration file contains photographs, fingerprints, and immigration documents identifying defendant as a citizen and national of Guatemala. Alien registration file records, databases, and indices revealed defendant was removed from the United States prior to being found in Northern District of Iowa in 2020. The records also confirmed defendant is an alien who has been ordered removed from the United States to Guatemala on one (1) previous occasion on April 22, 2014, and physically removed from the United States on January 11, 2017, through the Alexandria, Louisiana Port of Entry. A search of DHS indices failed to produce any record of an

application for lawful entry or lawful admission into the United States by or on the behalf of defendant.

## CONCLUSION

6.      Based on the foregoing facts, and my experience and training, probable cause exists that Armando RAMIREZ-Lopez (defendant) violated Title 8, United States Code, Section 1326(a), in that defendant, an alien, was found in Woodbury County, Iowa, in the Northern District of Iowa, after having been last removed from the United States on January 11, 2017, and returned to the United States without having first obtained the consent of the Secretary of Homeland Security prior to his return.

Executed this  11  day of February 2021.

_____
Michael A. Gavin
Deportation Officer
Immigration and Customs Enforcement

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other electronic means on February  11 , 2021.

_____
MARK A. ROBERTS
UNITED STATES MAGISTRATE JUDGE
Northern District of Iowa